O

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| CLYDE NUBINE, | § |
| Plaintiff, | § |
| VS. | §   CIVIL ACTION NO. C-04-680 |
| JUAN M. GARCIA, ET AL., | § |
| Defendant. | § |

### ORDER DENYING APPLICATIONS TO PROCEED *IN FORMA PAUPERIS* AND MOTION FOR LEAVE TO APPEAL *IN FORMA PAUPERIS*

Plaintiff has filed four motions for leave to proceed on appeal *in forma pauperis* (D.E. 43, 45, 46-2, 47) and a motion for leave to file a motion to appeal *in forma pauperis* (D.E. 46-1). Plaintiff is an abusive litigant as that term is defined in 28 U.S.C. §1915(g) (D.E. 19). He has not stated any circumstances from which it can be inferred that he is in imminent danger of serious physical injury. The motions (D.E. 43, 45, 46-1, 46-1, 47) are denied.

ORDERED this 7th day of June, 2005.

B. Janice Ellington
United States Magistrate Judge