O

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CLYDE NUBINE, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-04-680 |
| | § | |
| JUAN M. GARCIA, ET AL. | § | |
| | § | |
| Defendants. | § | |

**ORDER DENYING MOTION FOR EXTENSION OF TIME TO PAY FILING FEE**

Plaintiff's application for an extension of time to pay the $255 appellate filing fee (D.E. 51) is denied without prejudice. Plaintiff failed to pay the fee as ordered. Plaintiff may petition the Court of Appeals directly for an extension of time.

ORDERED this 9th day of June, 2005.

_____
B. Janice Ellington
United States Magistrate Judge